United States District Court
Southern District of Texas
**ENTERED**
April 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Rochelle Sanders, §<br>　Plaintiff, §<br>§<br>v. §<br>§<br>River Oaks Chrysler Jeep, Inc., §<br>FCA US LLC, §<br>　Defendants. § | Civil Action H-20-3744 |

## Order of Adoption

On March 31, 2021, Magistrate Judge Peter Bray recommended that the court deny Sanders' motion to remand (8) and that River Oaks Chrysler Jeep, Inc., be dismissed from the case. (25) Neither party filed objections. The court adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on April 29, 2021.

_____
Lynn N. Hughes
United States District Judge